**Order entered October 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00411-CV**

**TONYA PARKS, Appellant**

**V.**

**AFFILIATED BANK, AFFILIATED BANK FSB, AFFILIATED BANK FSB, INC., BANCAFFILIATED, INC., JOSHUA CAMPBELL AND KATHERINE CAMPBELL, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01614-B**

**ORDER**

Before the Court is court reporter Robin N. Washington's October 21, 2021 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than November 10, 2021.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE